909 F.2d 1478
 Vianello (Michael)
v.
Ruddick (Bonnie L. Kneebone, Douglas), Kelly (Wayne), Shenk
(John), Fiorani (Ronald), Stives (Rick), Ustonofski
(Michael), PA State Police Troopers & Officers Unnamed,
Conspirators, Casey (Robert), Sharpe (Ronald), Corporals,
Seargents, Lieutenants, Captain, Major, Colonel,
Commonwealth of PA, Chain of Command, Governor, Commissioner
 NOS. 90-5036, 90-5097
 United States Court of Appeals,
Third Circuit.
 JUL 24, 1990
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.